IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § | 1:18-CV-512-RP |
| HOGG OUTFITTERS, LLC, JDSPORTS WM, LLC *d/b/a* HOGG OUTFITTERS *d/b/a* BARGAIN BEN, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On September 9, 2019, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 43). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

All pending motions in this case are **DISMISSED AS MOOT**.

**IT IS ORDERED** that each party bear its own costs.

**IT IS ORDERED** that the Court's September 9, 2019, Order to Show Cause, (Dkt. 42) is vacated as moot.

**SIGNED** on September 10, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE